No. 11–6623.  IN RE COX.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 975] denied.

No. 11–6927.  PERRY *v.* JORDAN ET AL.  C. A. 11th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1105] denied. ˙

No. 11–7127.  MAISANO *v.* CANTEEN CORRECTIONAL FOOD SERVICES, INC., ET AL.  C. A. 9th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1105] denied.

No. 11–7374.  STRONG *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1106] denied.

No. 11–7999.  IN RE DRIVER.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1155] denied.

No. 11–8112.  BARANI *v.* HAVANA INC. ET AL.  Sup. Ct. Pa.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until March 26, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11–8732.  IN RE CROMPTON;
No. 11–8750.  IN RE CAIN; and
No. 11–8839.  IN RE WALKER.  Petitions for writs of habeas corpus denied.

No. 11–555.  CITY OF OAKLAND, CALIFORNIA *v.* DESERT OUTDOOR ADVERTISING, INC.  Sup. Ct. Nev.  Certiorari denied. ■

No. 11–648.  THOMAS *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 11–704.  PERFECT 10, INC. *v.* GOOGLE, INC.  C. A. 9th Cir.  Certiorari denied.